# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-1244

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Eastern District of Missouri. |
| | * | |
| Kirk Allen Newby, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: May 8, 2009
Filed: May 13, 2009

_____

Before WOLLMAN, MURPHY, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Kirk Newby appeals the 180-month sentence the district court[1] imposed after he pleaded guilty to drug and firearm charges. On appeal, his counsel has filed a brief under Anders v. California, 386 U.S. 738 (1967), in which she requests leave to withdraw.

Upon careful review, we conclude that this appeal falls within the scope of a valid appeal waiver that was contained in Newby's written plea agreement, that he

_____

[1]The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.

knowingly and voluntarily entered into the plea agreement and the appeal waiver, and that enforcing the appeal waiver would not result in a miscarriage of justice. <u>See</u> <u>United States v. Andis</u>, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc) (discussing enforceability of appeal waiver); <u>see also</u> <u>United States v. Estrada-Bahena</u>, 201 F.3d 1070, 1071 (8th Cir. 2000) (per curiam) (enforcing appeal waiver in <u>Anders</u> case).

Having reviewed the record independently under <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), we find no nonfrivolous issue for appeal beyond the scope of the appeal waiver. Accordingly, we dismiss the appeal. We also grant defense counsel's motion to withdraw on condition that counsel inform appellant about the procedures for filing petitions for rehearing and for certiorari.

_____